UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KOREE WILSON,

                       Plaintiff,

   -against-

FULTON COUNTY, NEW YORK; RICHARD C. GIARDINO, as the Sheriff of Fulton, New York; KEITH ACKERKNECHT, as the Captain at Fulton County Correctional Facility; EASTERN MEDICAL SUPPORT LLC; TINA ATTY, as a nurse at Fulton County Correctional Facility; and WILLIS WOOD, as the grievance coordinator at Fulton County Correctional Facility,

                       Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**
Civil Case No.: 9:24-cv-261
               (LEK/DJS)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed on the merits and with prejudice, without costs to either party as against the other and the above-entitled action and all crossclaims asserted by the defendants against each other be, and the same hereby are, dismissed on the merits and with prejudice, without costs to any party as against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 18, 2025.

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Ariane Rockoff-Kirk
Ariane Rockoff-Kirk, Esq.
Attorneys for Plaintiff
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: arockoff-kirk@paulweiss.com

Dated: May 15, 2025.

MONACO COOPER LAMME & CARR PLLC

By: _____
Adam H. Cooper, Esq.
Attorneys for Defendant Eastern Medical Support LLC
1881 Western Avenue, Suite 200
Albany, New York 12203
Telephone: (518) 855-3535
Email: acooper@mclclaw.com

Dated: May 15, 2025.

MURPHY BURNS GROUDINE LLP

By: *Stephen Groudine*
Stephen M. Groudine
Bar Roll No.: 516070
Attorneys for Defendants Fulton County, New York, Richard C. Giardino, Keith Ackerknecht, Tina Atty and Willis Wood
407 Albany Shaker Road
Loudonville, New York 12211
Telephone: (518) 690-0096
Email: sgroudine@mbglawny.com

**SO ORDERED!**

Dated: _____, 2025.

_____
Hon. Lawrence E. Kahn
Senior U.S. District Judge